**FILED**

03/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0715

IN THE SUPREME COURT FOR THE STATE OF MONTANA

_____

| | |
|---|---|
| STATE OF MONTANA, ) | |
| ) | CAUSE NO. DA 23-0715 |
| Plaintiff/Appellee, ) | |
| ) | ORDER FOR EXTENSION |
| vs. ) | FOR PRODUCTION OF |
| ) | TRANSCRIPTS |
| TREVOR ROBERTS, ) | |
| ) | |
| Defendants/Appellant. ) | |
| ) | |

UPON Appellant's unopposed motion for two additional weeks for Transcripts in this matter, currently due 3/13/24, with Affidavit from Court Reporter, and good cause therefrom,

IT IS HEREBY ORDERED that additional time to transmit the record in this case is Granted, and the transcripts shall be provided on or before March 27, 2024.

ELECTRONICALLY SIGNED AND DATED BELOW.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 13 2024